THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL McDANIEL, Defendant-Appellant.

(No. 59103;

First District (2nd Division)—May 14, 1974.

Opinion by Mr. JUSTICE DOWNING.

James J. Doherty, Public Defender, of Chicago (S. K. Horn and George L. Lincoln, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANCIS BASTIEN, Defendant-Appellant.

(No. 59181;

First District (2nd Division)—May 14, 1974.

PER CURIAM.
STAMOS, J., took no part.

Jerome Rotenberg, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Edna Selan Epstein, Assistant State's Attorneys, of counsel), for the People.